May 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CAROLINA MARTINEZ, Appellant

NO. 14-14-00259-CR                         V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

We further order appellant pay all costs expended in the appeal.

We further order the mandate be issued immediately. We further order this decision certified below for observance.